UNSEALED
* 4-24-12
** 4-26-12
*** 5-23-12
• 11-26-12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

APR 1 7 2012

David J. Bradley, Clerk

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | Criminal No. **M-12-522** |
| | § | |
| *✱ JOSE ABRAHAM GOMEZ 1 | § | |
| *✱ JOEL ALONZO RODRIGUEZ 2 | § | |
| *✱ JORGE ALBERTO PEREZ 3 | § | |
| *✱ JUAN JOSE RODRIGUEZ 4 | 5 § | |
| *✱ (MARIO RODRIGUEZ- AKA) TRUE NAME: RAUL DE LEON-SANCHEZ 4/26/12 /lc | | |
| **✱ EDUARDO RAMIRO GONZALEZ 6 | § | |
| **✱ BALDEMAR DAVILA 7 | § | |
| ✱ ABRIGAIL SAENZ 8 | § | |
| • JAIME ALVAREZ 9 | § | |

## SEALED INDICTMENT

THE GRAND JURY CHARGES:

### Count One

On or about April 3, 2012, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

JOSE ABRAHAM GOMEZ
JOEL ALONZO RODRIGUEZ
JORGE ALBERTO PEREZ
JUAN JOSE RODRIGUEZ
(MARIO RODRIGUEZ-AKA) TRUE NAME: RAUL DE LEON-SANCHEZ
EDUARDO RAMIRO GONZALEZ
BALDEMAR DAVILA
ABRIGAIL SAENZ
and
JAIME ALVAREZ

did knowingly and intentionally conspire and agree together and with other person or persons known and unknown to the Grand Jurors, to knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 1,000 kilograms or

more of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

### Count Two

On or about April 3, 2012, in the Southern District of Texas, and within the jurisdiction of the Court, defendants,

> JOSE ABRAHAM GOMEZ
> JOEL ALONZO RODRIGUEZ
> JORGE ALBERTO PEREZ
> JUAN JOSE RODRIGUEZ
> (MARIO RODRIGUEZ- AKA) TRUE NAME: RAUL DE LEON-SANCHEZ
> EDUARDO RAMIRO GONZALEZ
> BALDEMAR DAVILA
> ABRIGAIL SAENZ
> and
> JAIME ALVAREZ

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 1,000 kilograms or more, that is, approximately 2,630 kilograms of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

KENNETH MAGIDSON
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY