U.S. Department of Justice  
Washington, D.C.  
4/12/2012/jr

✗ 4-24-12  
✗✗ 4-26-12  
✗✗✗ 5-23-12  
• 11-20-12

Criminal Docket

_McALLEN_ Division    CR. No. __M-12-522__

**RANDY CRANE**

**SEALED INDICTMENT**  Filed: April 17, 2012    Judge: _____

County: Hidalgo  
Lions #: 2012R07966

UNITED STATES OF AMERICA

Attorneys:  
KENNETH MAGIDSON, U.S. ATTORNEY

v.

CASEY N. MacDONALD, ASST. U.S. ATTORNEY

| | | |
|---|---|---|
| ✗✗1) JOSE ABRAHAM GOMEZ | Cts. 1 & 2 | J.O. Pena-Morales, APPT 316-3524 |
| ✗✗2) JOEL ALONZO RODRIGUEZ | Cts. 1 & 2 | L.A. Pena, APPT 383-5311 |
| ✗✗3) JORGE ALBERTO PEREZ | Cts. 1 & 2 | D.A. Higdon, APPT 682-3451 |
| ✗✗4) JUAN JOSE RODRIGUEZ | Cts. 1 & 2 | J.M. Martinez, APPT 682-5297 |
| ✗✗5) MARIO RODRIGUEZ-AKA) TRUE NAME: RAUL DE LEON-SANCHEZ   Cts: 1&2 | | J.R. Garcia, APPT 702-2400 |
| ✗✗6) EDUARDO RAMIRO GONZALEZ  4/26/12 | Cts. 1 & 2 | |
| ✗7) BALDEMAR DAVILA | Cts. 1 & 2 | R.M. Richardson, APPT 655-7380 |
| ✗8) ABRIGAIL SAENZ | Cts. 1 & 2 | A. Aleman-Bendiks, AFPD 630-2995 |
| •9) JAIME ALVAREZ | Cts. 1 & 2 | |

Charge(s):

Ct. 1: Conspiracy to possess with intent to distribute 1,000 kilograms or more of a mixture or substance containing a detectable amount of marijuana.  
Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

Ct. 2: Possession with intent to distribute 1,000 kilograms or more, that is, approximately 2,630 kilograms of a mixture or substance containing a detectable amount of marijuana.  
Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

Total Counts  
**(2)**

Penalty:  Cts. 1 & 2:  Imprisonment for 10 yrs.* to Life and/or a $10,000,000.00 fine and at least a 5 yr. SRT (as to each count) (*MANDATORY MINIMUM)

Agency:  Drug Enforcement Administration - Michael Ledford - M5-12-0073

Proceedings  
Date