UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. M-12-522 |
| | § | |
| JOSE ABRAHAM GOMEZ, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER TO UNSEAL INDICTMENT

The Court, after having considered the Government's Motion to Unseal the Indictment, and finding it to be meritorious, GRANTS said Motion.

IT IS THEREFORE ORDERED that the Indictment be Unsealed.

SO ORDERED this 20th day of November, 2012, at McAllen, Texas.

_____
Randy Crane
United States District Judge