United States District Court
Southern District of Texas
**FILED**
October 29, 2015
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § | CRIMINAL ACTION NO. 7:12-CR-522-9 |
| JAIME ALVAREZ | § § | |

### ORDER

Came on to be considered Government's Motion to Dismiss Indictment and Withdraw Warrant of Arrest against said Jaime Alvarez for the stated reason that it is not believed the defendant will be located and apprehended in the near future. It is the opinion of this Court that said motion should be GRANTED.

It is ORDERED that the Indictment numbered M-12-0522-9 against Jaime Alvarez be dismissed without prejudice and the warrant of arrest be withdrawn.

It is further ORDERED that a copy of this Order be given to the U.S. Marshals Service, counsel for defendant, and counsel for the Government.

SO ORDERED this 29th day of October, 2015, at McAllen, Texas.

Randy Crane
United States District Judge

RECEIVED
UNITED STATES MARSHAL
2015 OCT 29 AM 8: 46
MCALLEN, TX